1
2
3
4
5       **IN THE UNITED STATES DISTRICT COURT FOR THE**
6              **EASTERN DISTRICT OF CALIFORNIA**
7

| | |
|---|---|
| **CANDY KELLY, an individual,** ) | **CIV- F-06-116 AWI SMS** |
| ) | |
| **Plaintiff**, ) | **ORDER VACATING** |
| ) | **HEARING OF MARCH 13,** |
| **v.** ) | **2006 AND TAKING MATTER** |
| ) | **UNDER SUBMISSION** |
| **QUALITEST PHARMACEUTICALS,** ) | |
| **INC., a domestic** ) | |
| **corporation, and DOES 1-10, inclusive,** ) | |
| ) | |
| **Defendants**. ) | |
| _____ ) | |

14

15      Defendant, QUALITEST PHARMACEUTICALS, Inc., has noticed for hearing and

16 decision a muli-faceted Rule 12(b) motion to dismiss and motion to strike.  The matter was

17 scheduled for hearing to be held on March 13, 2006.  The court has reviewed the moving papers

18 and has determined that this matter is suitable for decision without oral argument.  Local Rule

19 78-230(h).

20      Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 13,

21 2006, is VACATED, and the parties shall not appear at that time.  As of March 13, 2006, the

22 Court will take the matter under submission and will thereafter issue its decision.

23

24 IT IS SO ORDERED.

25 **Dated:   March 7, 2006**           **/s/ Anthony W. Ishii**
   0m8i78                  UNITED STATES DISTRICT JUDGE
26
27
28